IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | Under Seal |
| | : | |
| MOJTADA MALEKI-GOMI, | : | |
|  also known as Moji Maleki, | : | |
| BABAK MALEKI, | : | |
|  also known as Bobby Maleki, | : | |
| SHAHRAM SETUDEH NEJAD, | : | |
|  also known as Shawn Nejad, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO SEAL**

  The United States of America, through its undersigned attorneys, moves for an order sealing the indictment, bench warrants, and court file in this matter.  This prosecution is the result of an undercover investigation into the defendants activities in violating the U.S. embargo against Iran.  During the course of the investigation, defendant Mojtada Maleki-Gomi told the undercover agent that he owned a factory in Iran.  In addition, when officers from U.S. Customs and Border Protection interviewed Maleki-Gomi upon his return from a trip abroad, he admitted having an Iranian passport.  Accordingly, he presents a risk of flight if the indictment, bench warrants, and court file become public before arrests are made.

  For the foregoing reasons, the government requests that the indictment, bench warrants,

and court file be sealed until law enforcement agents effect the arrests of the defendants.

                Respectfully submitted

                JEFFREY A. TAYLOR
                United States Attorney

                _____
                JAY I. BRATT
                Assistant United States Attorney
                National Security Section
                555 4th Street, NW, Room 11-437
                Washington, D.C.  20530
                (202) 353-3602
                Illinois Bar No. 6187361
                jay.bratt@usdoj.gov