IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291 |
| | : | |
| v. | : | Under Seal |
| | : | |
| MOJTADA MALEKI-GOMI, | : | |
| also known as Moji Maleki, | : | |
| BABAK MALEKI, | : | |
| also known as Bobby Maleki, | : | FILED |
| SHAHRAM SETUDEH NEJAD, | : | |
| also known as Shawn Nejad, | : | SEP 2 9 2006 |
| | : | |
| Defendants. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Before the Court is the government's motion to seal the indictment, bench warrants, and court file for the above-captioned matter. The Court having considered the government's motion, it GRANTS the government's request. The indictment, bench warrants, and court file shall be sealed until execution of the bench warrant and notification to the Court by the government of the defendants' arrests.

DONE AND ORDERED this 29th day of September, 2006.

_____
Honorable John M. Facciola
United States Magistrate Judge