

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

October 24, 2006

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

UNITED STATES DISTRICT COURT
333 Constitution Ave., NW
Washington, DC 20001

**FILED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:     Transfer to U.S. Magistrate Judge

Case No. 06-1756M

Case Title: USA vs.Babak Maleki

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☐ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _____
            Deputy Clerk 213-894-3642

*cc:  U.S. Attorney (Central District of California)*
*     U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____
Date

Deputy Clerk

CR-48 (01/01)                    LETTER RE:  RULE 40 - TRANSFER OUT

CLOSED, PASPR

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-01756-DUTY-ALL
#### Internal Use Only

Case title: USA v. Maleki                           Date Filed: 10/05/2006

Assigned to: Duty Magistrate Judge

**Defendant**

**Babak Maleki** (1)                    represented by   **Robert C Campbell**
*TERMINATED: 10/20/2006*                                 Robert C Campbell Law Offices
                                                         11777 San Vicente Blvd
                                                         Ste 620
                                                         Los Angeles, CA 90049-5051
                                                         310-447-3617
                                                         Fax: 310-447-3620
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         Designation: Retained

**Pending Counts**                                       **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

18:371: CONSPIRACY AND 18:1705:
INTERNATIONAL EMERGENCY
ECONOMIC POWERS ACT

**Plaintiff**

**USA**                                 represented by   **US Attorney's Office**
                                                         AUSA - Office of US Attorney
                                                         312 N Spring St, 12th Floor
                                                         Los Angeles, CA 90012-4700

213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Babak Maleki, originating in the District of Columbia. Defendant charged in violation of: 18:371 and 18:1705. Signed by agent Martin Oderyo, Special Agent, DHS/ICE. (ca ) (Entered: 10/13/2006) |
| 10/05/2006 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Babak Maleki; defendants Year of Birth: 1978; date of arrest: 10/5/2006. (ca ) (Entered: 10/13/2006) |
| 10/05/2006 | | ***Defendant Babak Maleki ARRESTED (Rule 5(c)(3)). (ca ) (Entered: 10/13/2006) |
| 10/05/2006 | 3 | Defendant Babak Maleki arrested on warrant issued by the USDC, District of Columbia. (ca ) (Entered: 10/13/2006) |
| 10/05/2006 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patrick J. Walsh as to Defendant Babak Maleki Defendant arraigned and states true name is as charged. Attorney: Robert C Campbell for Babak Maleki, Retained, present. Court orders defendant termporarily detained. Bail set at $100,000.00 Apperance Bond; release to pretrial only; forthwith release; all conditions of bond shall be met and bond posted by 10/20/06; with affidavit with justification of surety by mothers house; defendant shall submit to pretrial supervsion; surrender all passports to the Clerk of Court, or sign declaration no later than 10/06/06 and not apply for the issuance of a passport during the pendency of this case; travel is restricted to District of Columbia; reside as approved by PSA and do not relocate without prior permission from PSA with mother; maintain or actively seek employment and provide proof to PSA; avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witnes in the subject investigation or prosecution; not posses any firarms, ammunition, destructive devices, or other dangerous weapons; alcohol in moderation; not use or possess illegal drugs; participate in one of the following home confinement program components and abide by all requirements of the program which will include electronic monitoring or other location verification system until property is deeded. Defendant remanded to the custody or currently in the custody of the US Marshal. Arrival of Process Hearing set for 10/12/2006 at 1:30 PM before Magistrate Judge Walsh. Release Order No. 29677.Tape #: 06-49. (ca) (Entered: 10/13/2006) |
| 10/05/2006 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Babak Maleki. (ca ) (Entered: 10/13/2006) |
| 10/12/2006 | 6 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING held before Magistrate Judge Patrick J. Walsh. Status Conference set for 10/20/2006 at 1:30 PM before Magistrate Judge Patrick J. Walsh. Process received. Passport submitted to clerk in court.Tape #: 06-49. (ca) (Entered: 10/13/2006) |
| 10/12/2006 | 7 | NOTICE OF DELIVERANCE OF USA PASSPORT and Receipt filed by Defendant Babak Maleki, Passport No: ****7814. (ca ) (Entered: 10/13/2006) |
| 10/20/2006 | 8 | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) ORDER by Magistrate Judge Patrick J. Walsh as to Defendant Babak Maleki. (ca ) (Entered: 10/24/2006) |
| 10/20/2006 | 9 | MINUTES OF Identity Hearing and Status Conference held before Magistrate Judge |

| | | |
|---|---|---|
| | | Patrick J. Walsh as to Defendant Babak Maleki. Defendant executes waiver of rights. The court accepts the waiver and finds it voluntary. Court orders defendant to appear in the District of Washington D.C. on November 2, 2006, at 9:00 A.M. before Judge John D. Bates. The court and counsel confer regarding the bond. Plaintiff requests an extension of time to post bond and to substitute the property to include the property in South Carolina. The Court grants the substitution and extension. All conditions of the bond shall be met and posted by October 31, 2006.Tape #: 06-51. (ca) (Entered: 10/24/2006) |
| 10/20/2006 | | ***Magistrate Case Terminated. (ca ) (Entered: 10/24/2006) |