## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | |
| **MOJTADA MALEKI-GOMI,** : | |
| also known as Moji Maleki, : | |
| **BABAK MALEKI,** : | **Criminal No.: 06-291 (JDB)** |
| also known as Bobby Maleki, : | |
| **SHAHRAM SETUDEH NEJAD,** : | |
| also known as Shawn Nejad, : | |
| : | |
| **Defendants.** : | |
| : | |

### *PRO HAC VICE* ADMISSION CERTIFICATION OF DONALD M. RE

I, Donald M. re, hereby certify that the following information is true and correct:

1. My full name is Donald M. Re. LCvR 83.2(d)(1).

2. My office address is 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017, and my business phone number is 213-623-4234. LCvR 83.2(d)(1).

3. I have been admitted to the following bars: State of California; United States District Courts for the Central District of California, Northern District of California, Eastern District of California, and Southern District of California; the United States Courts of Appeals for First, Third, Sixth, Eighth, Ninth, Eleventh, and the D.C. Circuits; and the United States Supreme Court. LCvR 83.2(d)(3).

4. I have not been disciplined by any bar. LCvR 83.2(d)(4).

5. I have not been admitted pro hac vice in this Court within the last two years. LCvR 83.2(d)(5).

6.     I do not engage in the practice of law from an office located in the District of Columbia.  LCvR 83.2(d)(6).

7.     I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.  LCvR 83.2(j), 83.2(6).

8.     I hereby swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge.

Date:  October 31, 2006            _____/s/_____
                                    Donald M. Re
                                    624 South Grand Avenue
                                    22nd Floor
                                    Los Angeles, California 90017
                                    Telephone:  213-623-4234
                                    Fax:  213-623-6101
                                    Email:  donaldmre@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **MOJTADA MALEKI-GOMI,** | : |
| also known as Moji Maleki, | :   Criminal No.:  06-291 (JDB) |
| **BABAK MALEKI,** | : |
| also known as Bobby Maleki, | : |
| **SHAHRAM SETUDEH NEJAD,** | : |
| also known as Shawn Nejad, | : |
| | : |
| **Defendants.** | : |
| | : |

## ORDER

Upon careful consideration of the motion by G. Allen Dale, counsel for Defendant Mojtada Maleki-Gomi, also known as Moji Maleki, for the *pro hac vice* admission of Donald M. Re to represent Defendant Babak Maleki, also known as Bobby Maleki, also known as Bobby Maleki, the motion is hereby GRANTED.

Donald M. Re is hereby admitted to practice before this Court in the above-captioned matter *pro hac vice* as counsel for Defendant Bobby Maleki, as set forth in Local Rules 83.2(c) and (d).

TO THE CLERK:  Please add Donald M. Re (email address: donaldmre@yahoo.com) to the ECF service list in this case.

SO ORDERED.

_____          _____
Date                                              The Honorable John D. Bates
                                                     United States District Court Judge