IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-291-02 (JDB) |
| : | |
| v. : | |
| : | |
| BABAK MALEKI, : | |
| also known as Bobby Maleki, : | |
| : | |
| Defendants. : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Comes now the defendant, Babak Maleki, (hereafter, Mr. Maleki) by and through his counsel, Donald M. Ré, and respectfully moves the Court to issue an Order modifying the conditions of Mr. Maleki's bond to permit him to travel within the continental United States for business purposes upon providing three days notice to Pretrial Services of his itinerary and travel plans.

In support of this unopposed motion Mr. Malek states:

Mr. Maleki is currently restricted in his travel by the conditions of his bond.

Mr. Maleki has begun a business which involves the sale of music promotional materials. The operation of the business requires that Mr. Maleki travel to various concert arenas in the continental United States. The business activity has been disclosed to Pretrial Services.

Mr. Maleki therefore requests an Order permitting him to travel within the continental United States for business purposes upon providing three days notice of his itinerary and travel plans to Pretrial Services.

The Assistant United States Attorney assigned to this case, Jay Bratt, does not oppose this request.

                                    Respectfully submitted,

                                    DONALD M. RÉ
                                    A Professional Law Corporation

                                    _____/s/_____
                                    DONALD M. RÉ, SBN 49079
                                    624 S. Grand Avenue, 22nd Floor
                                    Los Angeles, CA 90017
                                    (213) 623-4234


                                    ____/s/_____
                                    G. ALLEN DALE, #954537
                                    601 Pennsylvania Avenue, N.W.
                                    Suite 900, North Building
                                    Washington, DC 20004
                                    (202) 638-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291-02 (JDB) |
| | : | |
| v. | : | |
| | : | |
| BABAK MALEKI, | : | |
| also known as Bobby Maleki, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon unopposed Motion of the defendant to modify the conditions of his release, it is this _____ day of May, 2007;

ORDERED, that the conditions of the bond of the defendant Babak Maleki are amended to permit Babak Maleki to travel within the continental United States for business purposes upon giving Pretrial Services three days notice of his itinerary and travel plans.

_____
JOHN D. BATES, JUDGE
U.S. District Court