UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BABAK MALEKI,<br>  also known as Bobby Malecki,<br><br>           Defendant. | Criminal Action No.  06-291-02 (JDB) |

## ORDER

Upon consideration of defendant's unopposed motion to modify conditions of release to permit travel, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the conditions of Babak Maleki's release are modified in order to permit travel within the continental United States for business purposes on the condition that he provide three days notice of his itinerary and travel plans to the D.C. Pretrial Services Agency and obtain approval from that agency.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Date:   May 8, 2007