UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 06-291 (JDB) |
| v. ) | |
| ) | |
| BABAK MALEKI, ) | |
| Also known as Bobby Maleki, ) | |
| _____ ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF DONALD M. RE, COUNSEL FOR
BABAK MALEKI, also known as BOBBY MALEKI**

G. Allen Dale, counsel for Defendant Babak Maleki, also known as Bobby Maleki, hereby respectfully moves the Court for entry of an order permitting Donald M. Re to appear *pro hac vice* in accordance with Local Civil Rule 83.2. In support thereof, I hereby submit the accompanying certifications together with a draft order for the Court's consideration.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004
(202) 638-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| : | Criminal No.: 06-291 (JDB) |
| BABAK MALEKI, : | |
| also known as Bobby Maleki, : | |
| Defendants. : | |

## ORDER

Upon careful consideration of the motion by G. Allen Dale, counsel for Defendant Babak Maleki, also known as Bobby Maleki, for the *pro hac vice* admission of Donald M. Re to represent Defendant Babak Maleki, also known as Bobby Maleki, also known as Bobby Maleki, the motion is hereby GRANTED.

Donald M. Re is hereby admitted to practice before this Court in the above-captioned matter *pro hac vice* as counsel for Defendant Bobby Maleki, as set forth in Local Rules 83.2(c) and (d).

TO THE CLERK: Please add Donald M. Re (email address: donaldmre@yahoo.com) to the ECF service list in this case.

SO ORDERED.

_____        _____
Date                                                The Honorable John D. Bates
                                                         United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| BABAK MALEKI, : | Criminal No.: 06-291 (JDB) |
| also known as Bobby Maleki, : | |
| : | |
| Defendant. : | |
| : | |

### PRO HAC VICE ADMISSION CERTIFICATION OF DONALD M. RE

I, Donald M. re, hereby certify that the following information is true and correct:

1. My full name is Donald M. Re. LCvR 83.2(d)(1).

2. My office address is 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017, and my business phone number is 213-623-4234. LCvR 83.2(d)(1).

3. I have been admitted to the following bars: State of California; United States District Courts for the Central District of California, Northern District of California, Eastern District of California, and Southern District of California; the United States Courts of Appeals for First, Third, Sixth, Eighth, Ninth, Eleventh, and the D.C. Circuits; and the United States Supreme Court. LCvR 83.2(d)(3).

4. I have not been disciplined by any bar. LCvR 83.2(d)(4).

5. I have not been admitted pro hac vice in this Court within the last two years. LCvR 83.2(d)(5).

6. I do not engage in the practice of law from an office located in the District of Columbia. LCvR 83.2(d)(6).

7. I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct. LCvR 83.2(j), 83.2(6).

8. I hereby swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge.


Date: May 9, 2007                                              _____/s/_____
                                                                Donald M. Re
                                                                624 South Grand Avenue
                                                                22nd Floor
                                                                Los Angeles, California 90017
                                                                Telephone: 213-623-4234
                                                                Fax: 213-623-6101
                                                                Email: donaldmre@yahoo.com