UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.:  06-291 (JDB) |
| | : | |
| **MOJTADA MALEKI-GOMI** | : | |
|     Also known as Moji Maleki, | : | |
| **BABAK MALEKI,** | : | |
|     Also known as Bobby Maleki | : | |
|   Defendants. | : | |
| _____ | : | |

### DEFENDANTS' JOINT MOTION TO MODIFY BOND

Come now the defendants, Mojtada Maleki-Gomi, also known as Moji Maleki, by his counsel, G. Allen Dale and Danny C. Onorato and Babak Maleki, also known as Bobby Maleki, by his counsel, Donald M. Re, and respectfully move this Court to issue an Order modifying the property bonds both have posted.  In support of this Joint Motion, the Defendants state the following:

I.  BACKGROUND

Moji Maleki and his son, Bobby Maleki, are indicted before this Court on charges of Conspiracy and violations of the International Emergency Economic Powers Act.  Bobby Maleki has posted $100,000 of the value of his condominium in South Carolina to secure his release in this matter.  Per the Court's December 27, 2006 Order setting conditions of release, Moji Maleki initially posted $500,000 of the value of his home in Los Angeles, California, which is appraised and has equity of approximately $1.8 million.  However, in connection with an unopposed request to travel to Dubai, this Court in an Order of March 2, 2007 ordered Moji Maleki to post the entire equity in his home as bond.  Moji Maleki filed documents attesting to the posting of all the equity in his home as bond with this Court.  Mr. Maleki also forwarded all the details of his

travel itinerary to Pre Trial Services Agency and returned from Dubai in time for his next appearance before the Court.

## II. MODIFICATION REQUEST

Both Moji Maleki and his son Bobby Maleki respectfully request the Court to restore Moji's Maleki's bond obligation to $500,000. At this time, Bobby Maleki wishes to sell his condominium in South Carolina, but is precluded from doing so, as it has a $100,000 encumbrance on it. Bobby Maleki intends to sell his condominium in order to generate cash, so he will be able to pay the high fines associated with the likely disposition of this case, and he wishes to place his condominium on the market during the summer season.

If the remaining equity in Moji Maleki's home is available, then he will be able to give $100,000 to his son and thereby allow his son to eliminate the $100,000 encumbrance on his home and proceed with the sale. The only reason Moji Maleki posted the entire equity in his home was to secure his return from Dubai. Moji Maleki fully complied with the Court's Order in that regard and has since returned to the United States. There is no evidence to suggest that Moji Maleki is a risk of flight. A reduction of Moji Maleki's bond will not prejudice the government, nor will it thwart the interests in justice. Additionally, Moji Maleki intends to stay within the United States until the resolution of his criminal case. Therefore, there is no longer a need to hold the entire equity of Moji Maleki's home as bond.

In sum, if the Court restores Moji Maleki's bond to the original $500,000, there will remain sufficient equity to allow Bobby Maleki to use his father's home to post the $100,000 presently secured by his condominium.

WHEREFORE, given the above reasons, we respectfully request the Court to restore Moji Maleki's bond to the amount of $500,000, allow the remaining equity to be used by Bobby Maleki to transfer the $100,000 bond from his South Carolina property.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004
(202) 638-2900

_____/s/_____
DANNY C. ONORATO - #480043
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004
(202) 628-4199

\_\_\_/s/_____
DONALD M. RE
624 South Grand Avenue
22nd Floor
Los Angeles, California 90017
Telephone:  213-623-4234
Fax:  213-623-6101

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>v.                                                     :<br>:<br>MOJTADA MALEKI-GOMI              :<br>    Also known as Moji Maleki,       :<br>BABAK MALEKI,                              :<br>    Also known as Bobby Maleki     :<br>    Defendants.                                  :<br>_____: | Case No.:  06-291 (JDB) |

**O R D E R**

Upon the Defendants' Joint Motion to Modify Bond, it is this _____ day of May/June, 2007;

ORDERED, that the Defendant's Joint Motion be, and the same hereby is granted, and it is FURTHER ORDERED, that Moji Maleki's bond be and hereby is reduced to $500,000; and it is FURTHER ORDERED that Bobby Maleki be and hereby is allowed to transfer the $100,000 bond now posted by an encumbrance of his South Carolina property to the property of Moji Maleki.

                                                                                        _____
                                                                                        JOHN D. BATES, JUDGE
                                                                                        U.S. District Court