IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291 (JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BABAK MALEKI, | : | |
| also known as Bobby Maleki, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT BABAK MALEKI'S MOTION TO MODIFY BOND**

**REGARDING RESIDENCE**

COMES NOW the defendant Babak Maleki, also known as Bobby Maleki, through his counsel Donald M. Ré, who respectfully moves this court to issue an order modifying the bond in this matter to permit the defendant to reside outside of his "mother's" home, and to live with a business associate in the Los Angeles area.

Mr. Maleki's Pretrial Services officer in Los Angeles, Shakira Tillmon (213) 894-8211 has stated she has no objection to this change in residence. Mr. Vaughan Wilson, the supervising Pretrial officer in the District of Columbia (202) 442-1000, has also indicated he has no objection.

Specifically, this motion seeks leave of court for the defendant Babak Maleki to change his residence to:

5604 Rhodes Avenue, #303, Valley Village, California 91607

1. **Background**

Bobby Maleki surrendered on the current Indictment in his home district, the Central District of California on October 5, 2006. On that date, he was released on a $100,000 bond, secured by property, with additional conditions of release, including:

> "Reside as approved by PSA and do not relocate without prior permission from PSA. *w/mother*".

The notation "w/mother" was handwritten by the Magistrate.

At the time of the defendant's release, his father, Mojtada Maleki had also been indicted, but had not yet surrendered to this court. Subsequently, he did so, and was also released on bond.

The defendant, who is 28 years old, and who has begun a marketing business with Saiheb Edwards in Los Angeles, has expressed an interest in moving to Mr. Edwards' residence in Valley Village, California. Mr. Edwards is a United States citizen and is partners with Mr. Maleki in a business entitled "Merchin Dice" which retails materials related to a rock group called BTNH.

Mr. Maleki and Mr. Edwards work out of Mr. Edwards' home in Valley Village, the same location to which Mr. Maleki wants to move. At this time, Mr. Maleki works each day at this location. Mr. Edwards has indicated that Mr. Maleki can stay with him, rent free, until such time as their business becomes profitable enough to support them both.

This court previously, on May 8, 2007, granted an Order modifying the conditions of the defendant's bond to permit him to travel for business purposes in connection with this business.

In addition, issues have arisen, which have been explained more fully to the Pretrial Services officer, concerning the defendant's mother's emotional stability, which have created

2

difficulties for Mr. Maleki in continuing to reside at his parents' home. It is in part because of these issues that the Pretrial Services officer feels it would be advantageous for Mr. Maleki to move to another location.

### 2. **Modification Request**

Bobby Maleki respectfully requests the court to modify the conditions of his bond, to permit him to reside at any location approved by Pretrial Services. At this time, specifically, Mr. Maleki requests that the court permit him to reside at the following address:

5604 Rhodes Avenue, #303, Valley Village, California 91607

WHEREFORE, based upon the foregoing, Bobby Maleki requests the court to permit him to reside as approved by Pretrial Services and to not relocate without prior permission from Pretrial Services.

The undersigned counsel has attempted to contact Assistant United States Attorney Jay Bratt with regard to this matter. Mr. Bratt's voicemail indicates that he will not return to the

///

///

///

///

///

///

///

///

///

District of Columbia until June 18, 2007.

                                          Respectfully submitted,

                                          DONALD M. RÉ
                                          A Professional Law Corporation

                                          /s/ Donald M. Ré
                                          DONALD M. RÉ, SBN 49079
                                          624 South Grand Avenue, 22nd Floor
                                          Los Angeles, CA   90017
                                          (213) 623-4234
                                          Fax: 213-623-6101
                                          Email: donaldmreplc@yahoo.com

                                          /s/ G. Allen Dale
                                          G. ALLEN DALE - #954537
                                          601 Pennsylvania Avenue, N.W.
                                          North Building - 9th Floor
                                          Washington, D.C.   20004
                                          (202) 638-2900
                                          Email: GAllenDale@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-291 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **BABAK MALEKI,** | : | |
| **also known as Bobby Maleki,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's motion to modify bond, it is hereby

ORDERED that the conditions of release of the defendant Bobby Maleki shall be amended to permit the defendant to reside as approved by PSA and to not relocate without prior permission from PSA.

_____
JOHN D. BATES
United States District Judge

Date _____