IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-291 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **BABAK MALEKI,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT BABAK MALEKI'S
MOTION TO MODIFY BOND AS TO RESIDENCE**

The government has no objection to defendant Babak Maleki's motion to change his approved residence in Los Angeles.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
JAY I. BRATT
Assistant United States Attorney
National Security Section
555 4th Street, NW, Room 11-437
Washington, D.C.  20530
(202) 353-3602
Illinois Bar No. 6187361
jay.bratt@usdoj.gov