IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291 (JDB) |
| v. | : | |
| BABAK MALEKI,<br>also known as Bobby Maleki, | : | **FILED**<br>JUL 1 6 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the defendant's motion to modify bond, it is hereby

ORDERED that the conditions of release of the defendant Bobby Maleki shall be amended to permit the defendant to reside as approved by PSA and to not relocate without prior permission from PSA.

_____
JOHN D. BATES
United States District Judge

Date July 16, 2007