IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291-02 (JDB) |
| | : | |
| v. | : | NOV 15 2007 |
| | : | |
| BABAK MALEKI, | : | |
| also known as Bobby Maleki, | : | |
| | : | |
| Defendant. | : | |

BATES, J. JDB

## INFORMATION

The United States Attorney charges:

On or about July 26, 2006, within the District of Columbia and elsewhere, the defendant, **BABAK MALEKI**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of Homeland Security, Customs and Border Protection ("CPB"), an agency within the executive branch of the United States, in that the defendant sent a letter to CBP in which he represented that certain textile equipment whose sale the defendant had helped facilitate was destined for "AEC Electronic LLC, P.O. Box 115490, 310-3, Third Floor, Khaleej Center, Bur



Dubai, U.A.E," when in truth and in fact the defendant knew at the time that he had made such representation in the letter to CBP that it was false.

(**Material False Statement**, in violation of Title 18, United States Code, Section 1001.)

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By: _____
Jay I. Bratt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-3602
Jay.Bratt@usdoj.gov