UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-291-2
)
)
BABAK MALEKI )
)

WAIVER OF INDICTMENT

FILED
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, BABAK MALEKI, the above-name defendant, who is accused of

MATERIAL FALSE STATEMENT; 18 USC 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on NOV. 19, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ Date: Nov. 19, 2007
Judge John D. Bates