CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )| |
| vs.    ) | Criminal Case No.  06-291-2 (JDB) |
| ) | |
| ) | **FILED** |
| BABAK MALEKI    ) | NOV 1 9 2007 |
| | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____    Date: Nov. 19, 2007
Judge John D. Bates