UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Case No.: 06-291 (JDB)
:
BABAK MALEKI, :
    Also known as Bobby :
:
Defendant. :
:

**ORDER**

FILED

DEC 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    This matter comes before the Court upon unopposed motion of the defendant, Babak Maleki, seeking modification of bond. Based upon the unopposed motion and the entire record herein, it is by this Court this __21st__ day of December, 2007;

    ORDERED, that the motion is granted; and it is further

    ORDERED, that Babak Maleki's bond be and it hereby is modified; and it is further

    ORDERED, that Babak Maleki be and he hereby is, released on personal recognizance; and it is further

    ORDERED, that the Clerk of Court shall take whatever actions are necessary to ensure that the $100,000.00 bond that was originally secured by an encumbrance on Mr. Maleki's South Carolina property be released, including executing the attached "full reconveyance and release of property pledged as security".

                                                               _____
                                                               JOHN D. BATES, Judge
                                                               United States District Court