IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-291 (JDB) |
| | : | |
| v. | : | |
| | : | |
| MOJTADA MALEKI-GOMI, | : | |
| also known as Moji Maleki, | : | Date:   February 8, 2008 |
| BABAK MALEKI, | : | Time:   9:00 a.m. |
| also known as Bobby Maleki, | : | Place:  Courtroom 8 |
| SHAHRAM SETUDEH NEJAD, | : | |
| also known as Shawn Nejad, | : | |
| | : | |
| Defendants. | : | |

**POSITION OF THE DEFENDANT BABAK MALEKI REGARDING**

**SENTENCING FACTORS**

    1. Both the Plea Agreement and the PSR agree that the Advisory Guideline calculation in this case is as follows:

       a. Base Offense Level U.S.S.G. §2B1.1(a)(2)     6
       b. Adjustment for Acceptance of Responsibility U.S.S.G. §3E1.1(a)     -2
       c. Total Offense Level     $4^1$

    2. Similarly, both agree that the defendant has no criminal history points, and is therefore is criminal history category I.  PSR paragraph 42; Plea Agreement paragraph 4(B).

    3. The sentencing range, therefore, as agreed to by all parties is 0-6 months.

    4. The government has agreed to recommend a sentence of probation.  Plea Agreement paragraph 4(C).

---

    [1]See PSR paragraphs 30-39; Plea Agreement paragraph 4(A) [misnumbered 3(A)].

5.  The facts and discovery in this case demonstrate unequivocally that Babak Maleki's participation in this criminal conduct was occasioned by his efforts to assist his father in the father's longstanding business.  In fact, at the time, Babak Maleki indicated to the undercover agents that he was engaged in his own business activities, and was somewhat annoyed that helping his father was taking time away from his own activities.

Mr. Maleki has no prior criminal history whatsoever.  He is a conscientious young man who made a serious error in judgment but who has very clearly learned from his mistake.

The defense therefore respectfully urges the court to follow the recommendation of the government, and to impose a probationary term on Mr. Maleki.  Because his total offense level is less than 6, the appropriate term of probation would be a period of between 1 and 3 years.  U.S.S.G. §5B1.2(a)(2).  It is respectfully submitted that the low end of this range, one year, is the appropriate sentence.

6.  As is made clear in the PSR, Mr. Maleki's financial situation at this point is not good.  As stated in the PSR:

> "According to the information above, it appears the defendant does not have the financial resources for payment of a fine at this time."
>
> PSR paragraph 64.

It is therefore respectfully requested that the court waive any fine.

7.  In addition, while the defendant indicated that many years ago while in college he experimented with marijuana approximately 10 times, he presents no risk of substance abuse.  It is therefore respectfully requested that mandatory drug testing be suspended pursuant to 18 U.S.C. §§3563(a)(5) and 3583(d).

## **CONCLUSION**

Based on the foregoing it is respectfully submitted that the defendant be sentenced to a period of probation of one year; that all fines be waived; that drug testing be suspended; and that the mandatory special assessment of $100 be imposed.

DATED: January 17th , 2008        DONALD M. RÉ
        A Professional Law Corporation


         /s/
        DONALD M. RÉ, SBN 49079
        624 South Grand Avenue, 22nd Floor
        Los Angeles, CA   90017
        (213) 623-4234
        Fax: 213-623-6101
        Email: donaldmreplc@yahoo.com