JAN-24-2008  16:42     US ATTORNEYS                                                                    P.002

## HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>06-CR-291-02</u> |
| | : | |
| vs. | : | |
| | : | FILED |
| **MALEKI, Babak** | : | Disclosure Date: <u>January 10, 2008</u> |

FILED

FEB 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
   ( ✓ )   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                        ___1/29/08___
Prosecuting Attorney                                                          Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____          _____          _____          _____
Defendant                    Date                    Defense Counsel                    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 24, 2008</u>, to U.S. Probation Officer <u>Crystal Lustig</u>, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.


FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer